FILED: May 1, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7239
(1:13-cv-00129-LO-IDD)

_____

ZACHARY ADAM CHESSER, a/k/a Abu Talhah

    Plaintiff - Appellant

v.

BARBARA KATENBRINK CHESSER; STACY ANDERSON; LORI BATTISTONI; MARYSE C. ALLEN

    Defendants - Appellees

PAULA MENGES; SEAN KIRGAN; GEORGE PIRO; STEPHEN HEBERT; FEDERAL BUREAU OF INVESTIGATION; SECRET SERVICE

    Parties-in-Interest - Appellees

------------------------------

LARTEASE MARTRELL TIFFITH, Esq.

    Amicus Curiae

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK