FILED: June 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7239
(1:13-cv-00129-LO-IDD)
_____

ZACHARY ADAM CHESSER, a/k/a Abu Talhah

      Plaintiff - Appellant

v.

BARBARA KATENBRINK CHESSER; STACY ANDERSON; LORI BATTISTONI; MARYSE C. ALLEN

      Defendants - Appellees

PAULA MENGES; SEAN KIRGAN; GEORGE PIRO; STEPHEN HEBERT; FEDERAL BUREAU OF INVESTIGATION; SECRET SERVICE

      Parties-in-Interest - Appellees

------------------------------

LARTEASE MARTRELL TIFFITH, Esq.

      Amicus Curiae

_____

## MANDATE
_____

The judgment of this court, entered May 1, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<em>/s/Patricia S. Connor, Clerk</em>